# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, <br>     Plaintiff(s), <br> v. <br> ENCORE ENTERTAINMENT GROUP, INC., et al., <br>     Defendant(s). | Case No.: 2:17-cv-02281-KJD-NJK <br><br> **ORDER** |

On April 13, 2018, Plaintiff obtained defaults against Defendants. Docket No. 13. No action has been taken since that time to advance this litigation. Accordingly, Plaintiff shall file, no later than July 3, 2018, either a status report or motions for default judgment.

IT IS SO ORDERED.

Dated: June 21, 2018

Nancy J. Koppe
United States Magistrate Judge