# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, | Case No.: 2:17-cv-02281-KJD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 15) |
| ENCORE ENTERTAINMENT GROUP, INC., et al., | |
| Defendant(s). | |

Before the Court is Plaintiff's status report. Docket No. 15. Plaintiff submits that the parties are engaged in settlement discussions and that a final settlement should occur in the next three weeks. *Id.* at 2. The Court **ORDERS** the parties to file either a stipulation of dismissal or a status report, no later than August 15, 2018.

IT IS SO ORDERED.

Dated: July 2, 2018

NANCY J. KOPPE
United States Magistrate Judge