# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, | Case No.: 2:17-cv-02281-KJD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 17) |
| ENCORE ENTERTAINMENT GROUP, INC., et al., | |
| Defendant(s). | |

Before the Court is Plaintiff's status report. Docket No. 17. Plaintiff submits that the parties have reached a final settlement and that an agreement "will be executed shortly." *Id.* The Court **ORDERS** the parties to file a stipulation of dismissal, no later than September 13, 2018.

IT IS SO ORDERED.

Dated: August 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge